**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | |
|---|---|
| JOHN E. HEITKAMP, | |
| Plaintiff, | Case No. 3:18-cv-00409-JD-MGG |
| v. | |
| DIVERSIFIED CONSULTANTS, INC., | Honorable Judge Michael G. Gotsch, Sr. |
| Defendants. | |

**AGREED STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff JOHN E. HEITKAMP and the Defendant, DIVERSIFIED CONSULTANTS, INC., through their respective counsel that the above-captioned action is dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: December 17, 2018                                                           Respectfully Submitted,

**JOHN E. HEITKAMP**                                                                **DIVERSIFIED CONSULTANTS, INC.**

*/s/ Marwan R. Daher*                                                                */s/ Daniel W. Pisani (with consent)*
Marwan R. Daher                                                                          Daniel W. Pisani
*Counsel for Plaintiff*                                                                    *Counsel for Defendant*
Sulaiman Law Group, LTD                                                          Sessions, Fishman, Nathan, & Israel, LLC
2500 S. Highland Ave., Ste. 200                                               141 W Jackson Blvd, Suite 3550
Lombard, Illinois 60148                                                             Chicago, Il 60604
Phone: (630) 575-8181                                                              Phone: (312) 578-0990
mdaher@sulaimanlaw.com                                                       dpisani@sessions.legal